IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PLANNED PARENTHOOD OF THE HEARTLAND,** | ) ) ) | **CASE NO. 4:10CV3122** |
| **Plaintiff,** | ) ) | |
| v. | ) ) | |
| **DAVE HEINEMAN,** Governor of Nebraska, in his official capacity; | ) ) ) | **ORDER** |
| **JON BRUNING,** Attorney General of Nebraska; in his official capacity; | ) ) ) ) | |
| **KERRY WINTERER,** Chief Executive Officer, and **DR. JOANN SCHAEFER,** Director of the Division of Public Health, Nebraska Department of Health and Services, in their official capacities; and | ) ) ) ) ) ) ) | |
| **CRYSTAL HIGGINS,** President, Nebraska Board of Nursing, and **BRENDA BERGMAN-EVANS,** President, Nebraska Board of Advanced Practice Registered Nurses, in their official capacities, | ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

    This matter is before the Court on the Plaintiff's Motion to Amend Complaint (Filing No. 45). The Defendants oppose the motion (Filing No. 47), suggesting that it was submitted with undue delay, in bad faith, or with dilatory motive, and will cause unfair prejudice to the Defendants. The Court has reviewed the Motion and the proposed Amended Complaint, and concludes that the Motion should be granted under Federal Rule of Civil Procedure 15(a)(1) and (2). Plaintiff is instructed to file its Amended Complaint as a separate docket entry.

    IT IS ORDERED:

    1.    The Plaintiff's Motion to Amend Complaint (Filing No. 45) is granted;

2. The Plaintiff is instructed to file its First Amended Complaint, attached as Exhibit A to its motion, as a separate docket entry; and

3. The Clerk will note the change in the case caption, accordingly.

DATED this 12th day of July, 2010.

        BY THE COURT:

        s/Laurie Smith Camp
        United States District Judge