IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PLANNED PARENTHOOD OF THE HEARTLAND,** | ) ) ) | **CASE NO. 4:10CV3122** |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| **DAVE HEINEMAN,** Governor of Nebraska, in his official capacity; | ) ) ) ) | **ORDER** |
| **JON BRUNING,** Attorney General of Nebraska; in his official capacity; | ) ) ) ) | |
| **KERRY WINTERER,** Chief Executive Officer, and **DR. JOANN SCHAEFER,** Director of the Division of Public Health, Nebraska Department of Health and Services, in their official capacities; and | ) ) ) ) ) ) ) | |
| **CRYSTAL HIGGINS,** President, Nebraska Board of Nursing, and **BRENDA BERGMAN-EVANS,** President, Nebraska Board of Advanced Practice Registered Nurses, in their official capacities, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Leave to Intervene (Filing No. 55) filed by Nebraskans United for Life d/b/a NuLife Pregnancy Resource Center. Movant seeks to intervene for the narrow purpose of appealing and seeking reconsideration of the Court's Order of July 14, 2010 (Filing No. 53). The Court has reviewed the Motion, Brief and Index in Support, and to the extent the Court has jurisdiction to address the Motion, in light of Movant's Notice of Appeal (Filing No. 58), the Motion will be denied.

Accordingly,

IT IS ORDERED: the Motion for Leave to Intervene (Filing No. 55) filed by Nebraskans United for Life d/b/a NuLife Pregnancy Resource Center is denied.

DATED this 17th day of August, 2010.

                                       BY THE COURT:

                                       s/Laurie Smith Camp
                                       United States District Judge