# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PLANNED PARENTHOOD OF THE HEARTLAND, and DR. JILL L. MEADOWS,** | CASE NO. 4:10CV3122 |
| Plaintiff, | |
| v. | |
| **DAVE HEINEMAN, Governor of Nebraska, in his official capacity;** | ORDER |
| **JON BRUNING, Attorney General of Nebraska; in his official capacity;** | |
| **KERRY WINTERER, Chief Executive Officer, and DR. JOANN SCHAEFER, Director of the Division of Public Health, Nebraska Department of Health and Services, in their official capacities; and** | |
| **CRYSTAL HIGGINS, President, Nebraska Board of Nursing, and BRENDA BERGMAN-EVANS, President, Nebraska Board of Advanced Practice Registered Nurses, in their official capacities,** | |
| Defendants. | |

This matter is before the Court on the Plaintiffs' Motion to Stay Briefing (Filing No. 78) and Motion to Extend Time to Respond to the Motion to Intervene (Filing No. 79). Plaintiffs seek a stay on briefing on the Motion for Reconsideration (Filing No. 73) filed by non-party Nebraskans United for Life, d/b/a NuLife Pregnancy Resource Center ("NuLife") until the Court has ruled on NuLife's Motion to Intervene (Filing No. 70). Plaintiffs also seek an extension of time to respond to NuLife's Motion to Intervene. The Court has reviewed the motions and finds they should be granted. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion to Stay Briefing (Filing No. 78) is granted;:

2. Plaintiffs must respond to the Motion for Reconsideration (Filing No. 73) filed by non-party Nebraskans United for Life, d/b/a NuLife Pregnancy Resource Center ("NuLife") within twenty (20) days following a Order of this Court, if any, granting NuLife's Motion to Intervene (Filing No. 70);

3. Plaintiff's Motion to Extend Time to Respond to NuLife's Motion to Intervene (Filing No. 70) is granted as follows:

    a. Plaintiffs' must respond to NuLife's Motion to intervene (Filing No. 70) on or before October 18, 2010;

    b. To the extent this Court has jurisdiction over NuLife, NuLife must submit its Reply on or before November 4, 2010.

DATED this 1st day of October, 2010

> BY THE COURT:
>
> s/Laurie Smith Camp
> United States District Judge