IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PLANNED PARENTHOOD OF THE HEARTLAND, and DR. JILL L. MEADOWS,**<br><br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**DAVE HEINEMAN, Governor of Nebraska, in his official capacity;**<br><br>**JON BRUNING, Attorney General of Nebraska; in his official capacity;**<br><br>**KERRY WINTERER, Chief Executive Officer, and DR. JOANN SCHAEFER, Director of the Division of Public Health, Nebraska Department of Health and Services, in their official capacities; and**<br><br>**CRYSTAL HIGGINS, President, Nebraska Board of Nursing, and BRENDA BERGMAN-EVANS, President, Nebraska Board of Advanced Practice Registered Nurses, in their official capacities,**<br><br>　　　　**Defendants.** | **CASE NO. 4:10CV3122**<br><br><br><br><br><br><br><br>**ORDER** |

　　　　This matter is before the Court on the Plaintiffs' Motion to Extend Time to File Application for Attorneys' Fees and Expenses (Filing No. 80). In its Order of August 24, 2010, the Court gave Plaintiffs until October 8, 2010, to file an application for attorneys' fees and expenses. (Order, Filing No. 64.) Plaintiffs seek to extend the deadline to file their application to November 5, 2010. Defendants have indicated to the Court that they will not respond to Plaintiffs' Motion. The Court concludes that the Motion should be granted. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion to Extend Time to File Application for Attorneys' Fees and Expenses (Filing No. 80) is granted; and

2. Plaintiffs' time for filing an application for attorneys' fees and expense is extended to November 5, 2010.

DATED this 6th day of October, 2010

BY THE COURT:

s/Laurie Smith Camp
United States District Judge